Certificate Number: 02921-PAE-DE-037559285

Bankruptcy Case Number: 23-11618



02921-PAE-DE-037559285

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 1, 2023, at 7:09 o'clock PM EDT, Dawn Dodson completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 3, 2023                By:  /s/Paula Powers-Watts

                                   Name:  Paula Powers-Watts

                                   Title:  counselor